No. 77–1724.  BURKS ET AL. *v.* LASKER ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 77–1511.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ELLIOTT ET AL.  C. A. 9th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1571.  DELAWARE *v.* PROUSE.  Sup. Ct. Del.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1680.  MICHIGAN *v.* DEFILLIPPO.  Ct. App. Mich.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1701.  ROSE, WARDEN *v.* MITCHELL ET AL.  C. A. 6th Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1829.  BELL, ATTORNEY GENERAL, ET AL. *v.* WOLFISH ET AL.  C. A. 2d Cir.  Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–1575.  FEDERAL COMMUNICATIONS COMMISSION *v.* MIDWEST VIDEO CORP. ET AL.;
No. 77–1648.  AMERICAN CIVIL LIBERTIES UNION *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 77–1662.  NATIONAL BLACK MEDIA COALITION ET AL. *v.* MIDWEST VIDEO CORP. ET AL.  C. A. 8th Cir.  Motion of Consumers Union of the United States, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 571 F. 2d 1025.